# MEMORANDUM DECISIONS.

---

### BEACH v. INMAN et al.

(Circuit Court of Appeals, Second Circuit. February 1, 1897.)

PATENTS—INFRINGEMENT—PAPER-BOX MACHINE.

Appeal from the Circuit Court of the United States for the Northern District of New York.

Edmund Wetmore, for appellants.
John Dane, Jr., for appellee.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. We agree with the judge who heard the motion in the circuit court that the grooved roller of defendant's machine is substantially the upper clamping die of the patent, for the mechanical reasons set forth in the opinion below. That being so, defendant's machine is an infringement, and the order of the circuit court (75 Fed. 840) is affirmed, with costs.